TFC TEXTRON

Textron Financial Corporation, Subsidiary of Textron Inc.

# FINANCE PLAN

Textron Financial Corporation ("TFC") is pleased to offer financing to Vista International Development ("Customer"), to be used by Customer for Customer's acquisition of certain inventory ("Inventory"), subject to the provisions of this Finance Plan and a Wholesale Security Agreement between Customer and TFC (the "Security Agreement").

**ELIGIBILITY:**

To be eligible for financing, an item of Inventory must be: (a) serialized, unless otherwise agreed to by TFC, (b) adequately described on an invoice issued to Customer by an approved manufacturer/distributor (a "Vendor"), and (c) approved by TFC, in TFC's discretion, for financing pursuant to a program authorized by the applicable Vendor (a "Financing Program"). TFC has established a credit limit for Customer, which credit limit may be adjusted by TFC from time to time. Such credit limit does not constitute a committed line of credit. Each item of financed Inventory will be described on a Statement of Financial Transaction prepared by TFC and delivered to Customer (a "SOFT"). All capitalized terms not defined in this Finance Plan shall have the meanings given to them in the applicable SOFT. Each SOFT will contain a summary of the terms of the applicable Financing Program. UNLESS CUSTOMER OBJECTS TO THE TERMS OF A FINANCING PROGRAM, IN WRITING, WITHIN TEN (10) DAYS FOLLOWING THE DATE OF THE APPLICABLE SOFT, CUSTOMER SHALL BE BOUND BY SUCH TERMS.

**PRINCIPAL AND INTEREST PAYMENTS:**

PRINCIPAL CURTAILMENTS AND SCHEDULED PRINCIPAL PAYMENTS: If applicable, Principal Curtailments and/or Scheduled Principal Payments shall be payable in accordance with the schedule set forth in the applicable SOFT. Unless otherwise specified in the applicable SOFT, such payments shall begin in the month following the Invoice Date. Unless otherwise specified in the applicable SOFT, the principal amount financed by TFC for Customer relating to shipping charges specified on the Invoice for an item of Inventory, if any, shall be payable within thirty (30) days following the Invoice Date.

INTEREST PAYMENTS: Except for items of Inventory requiring Fixed Principal and Interest Payments, from and after the Interest Start, interest shall accrue on the outstanding principal amount financed for each item of Inventory at the applicable Basic Rate. Interest shall accrue on any past due Principal Curtailment or Scheduled Principal Payment at the Maturity Rate. Interest shall accrue on the past due principal balance of any item of Inventory sold or otherwise disposed of by Customer, and on the aggregate principal balance owed to TFC by Customer from and after the date that Customer is mailed a notice of default by TFC, at the Default Rate. All interest rates identified in a SOFT (other than percentage Flat Charges, if applicable) will be annual rates and, if any rates are described in a SOFT with reference to Prime, such interest rates will be variable and will be adjusted monthly. For any month, Prime shall be the greater of: (a) the highest prime rate of interest announced during such month by Chase Manhattan Bank or such other money center bank as TFC shall select from time to time, or (b) Minimum Prime. Unless otherwise specified in the applicable SOFT, interest shall be payable monthly, in arrears, and shall be due and payable by the fifteenth (15th) day of the month following the month in which such interest accrues. If applicable, a periodic Flat Charge for each item of Inventory shall be due in the amount specified in the applicable SOFT. Percentage Flat Charges shall be calculated based upon the outstanding principal balance for an item of Inventory as of the date(s) specified in the applicable SOFT or, if no date(s) are specified, as of the Invoice Date and periodically thereafter, as specified in such SOFT. If no date(s) are specified in the applicable SOFT, Percentage or Dollar Flat Charges shall be payable by the fifteenth (15th) day of the month following the Invoice Date and periodically thereafter, as specified in such SOFT. If date(s) are specified in the applicable SOFT, Dollar Flat Charges shall be payable by such date(s) and each Percentage Flat Charge shall be payable by the fifteenth (15th) day of the month following the applicable date.

FIXED PRINCIPAL AND INTEREST PAYMENTS: If applicable, Fixed Principal and Interest Payments shall be due and payable in accordance with the schedule set forth in the applicable SOFT. Unless otherwise specified in the applicable SOFT, such payments shall begin in the month following the Invoice Date.

RETURNED CHECK AND LATE PAYMENT FEES: For each check received by TFC in payment of Customer's obligations owing to TFC, which check is returned by TFC's bank to the payor bank, Customer shall be charged a fee equal to ten percent (10%) of the amount of such check, subject to a limit of $250.00 per check. For any Fixed Principal and Interest Payment, or any payment of interest or Flat Charges, not received by TFC by the due date for such payment, Customer shall be charged a one-time late payment fee in an amount equal to five percent (5%) of such past due payment. The foregoing fees are imposed to compensate TFC for administrative expenses incurred by TFC in connection with loans which are not paid on time and/or are paid with other than good funds. Such fees do not constitute charges for the use of money. Application of payments made on your account may occur up to two business days after deposit into TFC's account to allow for clearance of funds.

**INVENTORY AUDITS:**

In order to assess Customer's compliance with the provisions of this Finance Plan and the Security Agreement, TFC shall be entitled to audit the Inventory of Customer as frequently as TFC considers it prudent to do so (in each case, an "Audit"). Customer shall cooperate fully with TFC in connection with each Audit and, if applicable, shall remit to TFC the Audit Fee for each Audit conducted. During any period in which Customer is in default under the Security Agreement, Customer may be charged the greater of the following amounts for each Audit conducted during such period: (a) TFC's actual out-of-pocket expense for such Audit, (b) the Audit Fee, if applicable, or (c) $100.00.

By executing this Finance Plan, Customer agrees to be bound by the terms and conditions hereof. THIS FINANCE PLAN SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF RHODE ISLAND, WITHOUT REFERENCE TO APPLICABLE CONFLICT OF LAW PRINCIPLES.

**TFC:**

TEXTRON FINANCIAL CORPORATION

By: ____________

Print Name: John McHugh

Print Title: AVP, Documentation

Address: P.O. Box 3090
Alpharetta, GA 30023

Date: 06/02/2004

**CUSTOMER:**

Vista International Development

By: ____________

Print Name: P. Bardo Brantley

Print Title: Partner

Address:
3248 N. Highland Ave. Suite B.
Jackson, TN 38305

5501New (FPD)
Finance Plan (revised 7/3/2001)

Exhibit B