AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Textron Financial Corporation

V.

Vista International Development, a California General Partnership; The Jackson Four, a California General Partnership; Prince Bardo Brantley; Sandra Brantley; Frank Ramogida; Edward Powell

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08-020 ML

TO: (Name and address of Defendant)

Prince Bardo Brantley
74649 Waterlily Circle
Palm Desert CA 92260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Gyorgy
Noel & Gyorgy LLP
50 South Main Street
Providence RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

DATE 1-25-08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-19-08 |
| NAME OF SERVER *(PRINT)* Steve Fox | TITLE Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon ~~the third-party~~ defendant. Place where served: 112 N. Liberty Place of Business

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | to be billed | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-19-08
Date

Steve Fox
Signature of Server

CANDID Investigations P.O. Box 9285
Jackson, TN 38314
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2008 MAR -3 A 10:09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND