IN THE GENERAL SESSIONS COURT FOR THE STATE OF TENNESSEE
TWENTY-SIXTH JUDICIAL DISTRICT, MADISON COUNTY
AT JACKSON

| | | |
|---|---|---|
| TEXTRON FINANCIAL CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket Nos.: 08CV-381, -382, -383 |
| VISTA INTERNATIONAL DEVELOPMENT, | ) | |
| Defendant. | ) | |

**AGREED POSSESSORY ORDER**

Plaintiff Textron Financial Corporation ("Textron") has filed in this Court three detainer actions, bearing docket numbers 08CV-381, 08CV-382, and 08CV-383, respectively, seeking possession of three tracts of improved real property, more completely described therein ("Properties") pursuant to the terms of certain deeds of trust, copies of which are Exhibits to each Detainer Action (the "Deeds of Trust"). VISTA International Development ("VISTA") has denied the validity of the three actions respectively, but the parties have now agreed to resolve the three actions and enter into this Agreed Order.

**Stipulation and Finding**

VISTA is in default under the Deeds of Trust and the promissory notes referenced therein, which have a past due balance, exclusive of attorney fees and expenses, of $1,473,567.27 as of March 10, 2008 (the "Past Due Balance," with it and all other amounts due and coming due referred to as the "Indebtedness"). The Past Due Balance is comprised of $1,417,448.79 in principal owed, $49,474.70 in interest owed, $5,338.83 in late fees owed, and $1,304.95 in other fees owed, none of which are subject to offset, reduction, defense or counterclaim. This Court finds that the compromise memorialized herein is well-taken and accepts the same.

08351N:071911:768343:6:NASHVILLE
3/7/08

**IT IS THEREFORE AGREED and is NOW ORDERED THAT:**

1. Textron is entitled to possession of the Properties, subject to the terms of this Agreed Order;

2. VISTA shall endeavor to refinance the Indebtedness by no later than ten o'clock a.m. on Monday, May 12, 2008 (the "Refinance Period");

3. If VISTA refinances the Indebtedness and by so doing pays Textron in full before the Refinance Period's expiration, then Textron then shall have no possessory rights hereunder or under the Deeds of Trust;

4. If VISTA fails to pay the Indebtedness in full before the Refinance Period's expiration, then Textron shall be entitled to a Writ of Possession on the Properties, which shall issue on Textron's request;

5. Except as provided herein, Textron's rights and remedies are reserved, including its right to obtain judgment on the Indebtedness and/or initiate foreclosure on the Properties. Textron shall not, however, hold any foreclosure sale of any of the Properties prior to the Refinance Period's expiration (or such earlier date that Textron may obtain possession pursuant to Paragraph 7 of this Agreed Order);

6. VISTA, during the Refinance Period, shall maintain the Properties in all respects and insure each property as required in the Deeds of Trust. VISTA shall not encumber, transfer or lease any one of the Properties, except that VISTA may continue, in accordance with applicable laws, a leasehold it has currently established at 127 Regency Drive, Jackson, Tennessee, which leasehold remains subject to and subordinate to the Deeds of Trust. Nothing in this Agreed Order shall be construed as Textron consenting to such existing leasehold or granting any rights or otherwise in favor of any lessee or other parties with respect to such existing leasehold;

7. Should VISTA fail to maintain the Properties or to insure them as stipulated and required in the Deeds of Trust or otherwise comply with the terms of this Agreed Order, then Textron shall be entitled to an immediate Writ of Possession, which shall issue on Textron's request.

8. Because this Order is entered by agreement, it is not subject to appeal or stay, and the parties knowingly waive and relinquish any right to appeal from or seek any stay of this Agreed Order.

Christy R Little

GENERAL SESSIONS COURT JUDGE

Dated: 3.10.08

APPROVED FOR ENTRY:

Robert C. Goodrich Jr.

F. David T. Arens (BPR No. 25241)
Robert C. Goodrich Jr. (BPR No. 10454)
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 244-5200; Facsimile: (615) 742-0717
david.arens@stites.com

*Attorneys for Textron Financial Corporation*

Nathan B. Pride by RCG

Nathan B. Pride (BPR No. 9615)
423 North Highland Avenue
Jackson, TN 38301
(731) 424-4095
nbplawoffice@yahoo.com

*Attorney for Vista International Development*