UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL CORPORATION

v. CA NO. 2008-020 ML

VISTA INTERNATIONAL DEVELOPMENT, A CALIFORNIA GENERAL PARTNERSHIP; THE JACKSON FOUR, A CALIFORNIA GENERAL PARTNERSHIP; PRINCE BARDO BRANTLEY; SANDRA BRANTLEY; FRANK RAMOGIDA; EDWARD POWELL

## MOTION FOR SANCTIONS PURSUANT TO RULE 11(c)(1)

Plaintiff Textron Financial Corporation requests that the Court impose sanctions on the defendants Vista Development and Prince Bardo Brantley, or their counsel, as appropriate, pursuant to Federal Rule of Civil Procedure 11(c)(1).

In compliance with Federal Rule of Civil Procedure 11(c)(2), the Motion and the Memorandum in Support filed herewith were served on the defendants on June 20, 2008, more than twenty-one days prior to filing with the Court. The defendants have refused to withdraw their Answer and Counterclaim, the pleading which is the subject of the Motion.

**Textron Financial Corporation**
By **its** Attorneys,

/s/ John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

July 17, 2008

**CERTIFICATION**

I certify that on July 17, 2008, the foregoing document was filed with the Court electronically and is available for viewing and down-loading from the Court's ECF system. Service on the following counsel of record was also made by sending a copy of the document by first class mail to:

Casby Harrison, Esq.
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02903

/s/ John P. Gyorgy