UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL CORPORATION

v. CA NO. 2008-020 ML

VISTA INTERNATIONAL DEVELOPMENT, A CALIFORNIA GENERAL PARTNERSHIP; THE JACKSON FOUR, A CALIFORNIA GENERAL PARTNERSHIP; PRINCE BARDO BRANTLEY; SANDRA BRANTLEY; FRANK RAMOGIDA; EDWARD POWELL

NOTICE OF RELATED PROCEEDINGS

Pursuant to Local Rule Cv 9.1, Plaintiff Textron Financial Corporation hereby gives notice of the filing of a Petition for Relief under Chapter 11 of the Bankruptcy Code by defendant Vista International Development, case number Bk 08-12582 (W.D. Tenn). A copy of the Petition is attached as Exhibit A.

**Textron Financial Corporation**
By its Attorneys,

/s/ John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

July 17, 2008

## CERTIFICATION

I certify that on July 17, 2008, the foregoing document was filed with the Court electronically and is available for viewing and down-loading from the Court's ECF system. Service on the following counsel of record was also made by sending a copy of the document by first class mail to:

Casby Harrison, Esq.
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02903

/s/ John P. Gyorgy