**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

TEXTRON FINANCIAL CORPORATION

        v.                           C. A. No. 08-020T

VISTA INTERNATIONAL DEVELOPMENT,
A CALIFORNIA PARTNERSHIP, ET AL

**ORDER GRANTING MOTION FOR SANCTIONS**

    For reasons stated in open Court on September 30, 2008, the plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 11(c) is granted. Defendant Prince Bardo Brantley is ordered to pay to plaintiff Textron Financial Corporation the sum of $5,112 for reasonable attorney's fees incurred by the plaintiff in connection with preparing the plaintiff's motion for sanctions and responding to defendants' answer and counterclaim.

                                           By Order:

                                           */s/ [signature]*
                                           Deputy Clerk

ENTER:

*/s/ Ernest C. Torres*
Ernest C. Torres,
Senior U.S. District Judge
Date: Oct. 29, 2008